## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| **DEACERO S.A.P.I. DE C.V. AND DEACERO USA, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br>and<br><br>**REBAR TRADE ACTION COALITION,**<br><br>Defendant-Intervenor. | Court No. 20-03924 |

## NOTICE OF APPEAL

Notice is hereby given that Deacero S.A.P.I. de C.V. and Deacero USA, Inc., plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgment and order of the United States Court of International Trade entered in this action on December 20, 2021 (Slip Op. 21-171).

                                                          Respectfully submitted,

                                                        /s/ Rosa S. Jeong
                                                        Rosa S. Jeong
                                                        Sonali Dohale
                                                        **GREENBERG TRAURIG, LLP**
                                                        2101 L Street, N.W., Suite 1000
                                                        Washington, D.C. 20037
                                                        Telephone: (202) 331-3100
                                                        Email: jeongr@gtlaw.com

Dated: February 16, 2022                          *Counsel to Deacero S.A.P.I. de C.V. and Deacero USA, Inc.*